THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JESSICA STEVENSON,<br><br>                              Plaintiff,<br><br>vs.<br><br>SAFECO INSURANCE COMPANY OF ILLINOIS, a stock insurance company,<br><br>                              Defendant. | No. 2:12-cv-00522-MJP<br><br>STIPULATION AND ORDER OF REMAND |

## **STIPULATION**

The parties, through their respective counsel of record, stipulate as follows:

1.  The plaintiff stipulates that the total amount of damages sought in this lawsuit, inclusive of actual damages and/or bad faith damages and/or statutory damages (including attorneys fees, expert witness fees and treble damages under the Consumer Protection Act and/or Insurance Fair Conduct Act) are less than $75,000.

2.  By stipulating to damages of less than $75,000, the amount in controversy no longer satisfies the jurisdictional requirements of 28 U.S.C. §1332 and this case should therefore be remanded to the Superior Court of Washington for King County (State Case No.

STIPULATION AND ORDER OF REMAND
(Cause No. 2:12-cv-00522-MJP) – 1
SLE1379.163/948800

WILSON SMITH COCHRAN DICKERSON
A PROFESSIONAL SERVICE CORPORATION
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON  98164-2050
TELEPHONE: (206) 623-4100   FAX: (206) 623-9273

12-2-06891-7 SEA), each party to pay their own fees and costs incurred in this removal/remand process.

    3.    This stipulation will have no bearing on the amount which Plaintiff may claim as damages in her Underinsured Motorists claim asserted against Defendant, which is not at issue in the subject lawsuit.

DATED this 30th day of April, 2012.

| WILSON SMITH COCHRAN DICKERSON | STEVE SITCOV PLLC |
|---|---|
| *s/ Sarah L. Eversole* | *s/ Steven Sitcov* |
| Sarah L. Eversole, WSBA #36335 | Steven Sitcov, WSBA #11180 |
| Attorneys for Defendant | Attorneys for Plaintiff |
| 901 5th Avenue, Suite 1700 | 1000 Second Ave., Suite 3500 |
| Seattle, WA 98164 | Seattle, WA 98104 |
| Phone: 206-623-4100 | Phone: 206-623-1270 |
| Fax:   206-623-9273 | Fax:   206-292-0494 |
| eversole@wscd.com | steve@sitcov.com |

## **ORDER**

Based on the foregoing stipulation of the parties, it is therefore ordered that:

    1.    As the amount in controversy now is less than required for this court to have jurisdiction over this action, it is hereby remanded to the Superior Court of Washington for King County (State Case No. 12-2-06891-7 SEA).

DATED this 30th day of April, 2012.

*[signature]*

Marsha J. Pechman
United States District Judge

STIPULATION AND ORDER OF REMAND
(Cause No. 2:12-cv-00522-MJP) – 2
SLE1379.163/948800

WILSON SMITH COCHRAN DICKERSON
A PROFESSIONAL SERVICE CORPORATION
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164-2050
TELEPHONE: (206) 623-4100   FAX: (206) 623-9273

Presented By:

WILSON SMITH COCHRAN DICKERSON

*s/ Sarah L. Eversole*_____
Sarah L. Eversole, WSBA #36335
Attorneys for Defendant
901 5th Avenue, Suite 1700
Seattle, WA  98164
Phone: 206-623-4100
Fax:     206-623-9273
eversole@wscd.com

Copy Received, Notice of Presentation Waived:

STEVE SITCOV PLLC

*s/ Steven Sitcov*
Steven Sitcov, WSBA #11180
Attorneys for Plaintiff
1000 Second Ave., Suite 3500
Seattle, WA  98104
Phone: 206-623-1270
Fax:     206-292-0494
Email: steve@sitcov.com

STIPULATION AND ORDER OF REMAND
(Cause No. 2:12-cv-00522-MJP) – 3
SLE1379.163/948800

WILSON SMITH COCHRAN DICKERSON
A PROFESSIONAL SERVICE CORPORATION
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164-2050
TELEPHONE: (206) 623-4100   FAX: (206) 623-9273